IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02595-RPM

CHRISTINE DOCKSEY and
ROSS DOCKSEY,

     Plaintiffs,

v.

TAYLOR JANDA,

     Defendant.

---

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

---

Upon review of Plaintiffs' Unopposed Motion for Protective Order Regarding Their

Confidential Information [4] filed today, it is

ORDERED that the motion is granted.  In all court filings, counsel shall comply with

D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the protective

order.

     Dated:   November 16th, 2011

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Senior District Judge