**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                September 21, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Sabrina Grimm

_____

Civil Action No. 11-cv-02595-RPM

CHRISTINE DOCKSEY and                                        James H. Chalat
ROSS DOCKSEY,                                                Russell R. Hatten

        Plaintiffs,

v.

TAYLOR JANDA,                                                Karen R. Wasson

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**9:50 a.m.        Court in session.**

Discussion regarding status of Christine Docksey's medical condition.
Mr. Chalat states additional surgery will be performed (knee realignment).

Discussion regarding scheduling.

**ORDERED:    One week jury trial scheduled March 11, 2013.**

Discussion and arguments by counsel regarding pending motions.

**ORDERED:    Plaintiffs' Motion to Strike Defendant's Disclosure of Pete Wither as an Expert Witness [11], is granted.
              Plaintiffs' Motion to Extend the Deadline to Disclose Contradicting Expert Witnesses [12], is moot.**

Counsel agree to disclose the use of any non-standard demonstrative exhibits.

Court states its practice regarding motions in limine.

**Court rules on the permissible scope of the anticipated testimony of Mr. Janda as stated on record.**

September 21, 2012
11-cv-02595-RPM

Discussion regarding case facts.

**Court rules on the permissible scope of the anticipated testimony from the eye witnesses of the accident as stated on record.**

Court states its trial videotape transcript practice (one written transcript for each deponent, plaintiffs' designations identified in yellow, defendant's designations identified in blue, objections identified in red in margins and speaking objections identified by page and line attached).

Discussion regarding damages.
Mr. Chalet states no economic loss and loss of consortium is household chores and errands.

Discussion regarding exhibits.

**ORDERED:   Oral motion to permit the taking of a trial preservation deposition of Dr. Dwyre is granted.**

Counsel state they anticipate having four witnesses by videotape and possibly an additional three.

Court states its trial practices.

**ORDERED:   Deadline to submit transcripts of witnesses appearing by videotape is February 22, 2013.**
**Deadline for proposed voir dire, proposed substantive instructions and proposed statement of case is March 6, 2013.**

**Pretrial Order approved as supplemented by today's Minutes of this conference and as stated on record.**

**10:25 a.m.   Court in recess.**

Hearing concluded.  Total time: 35  min.