IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02595-RPM

CHRISTINE DOCKSEY and
ROSS DOCKSEY,

      Plaintiffs,
v.

TAYLOR JANDA,

      Defendant.

___

ORDER SETTING TRIAL DATE
___

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **March 11, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that counsel shall submit transcripts of witnesses appearing by videotape on or before February 22, 2013; and the deadline for submitting proposed voir dire, substantive instructions and statement of the case is March 6, 2013.

Dated:  September 21st, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge