**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    March 5, 2013
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-02595-RPM

| | |
|---|---|
| CHRISTINE DOCKSEY and | James H. Chalat |
| ROSS DOCKSEY, | Russell R. Hatten |
| | Steve McWhirter |
| Plaintiffs, | |
| v. | |
| TAYLOR JANDA, | Karen R. Wasson |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Trial Preparation Conference**

**10:55 a.m.        Court in session.**

Discussion regarding witnesses that will testify by videotape deposition.
Counsel state only witnesses by videotape are Dr. Brian Donahue and Dr. Luz Feldman.
Counsel agree, if called, Janice Todd will testify by read deposition.

Discussion regarding objections to exhibits.
Court states it will rule on the objections to the video depositions designations by indicating "O" for overruled and "S" for sustained on the combined objection lists submitted.

**ORDERED:   Motion to Strike Untimely Disclosed Medical Records and Medical Bills for Christine Docksey [30], is denied, as stated on record.**

Ms. Wasson informs the Court that defendant will be present at trial with her mother and father.

Discussion regarding jury instructions (damages).
Mr. Chalat submits a copy of a recent Colorado Court of Appeals opinion regarding apportionment with respect to a pre-existing condition.

Mr. Chalat agrees to permit defendant to call Dr. Messenbaugh out of order.

March 5, 2013
11-cv-02595-RPM

Further discussion regarding jury instructions (statutory).

**ORDERED:     Proposed voir dire, proposed jury instructions and joint statement of the case are to be submitted on March 7, 2013.**

Court informs counsel of its advisement to jurors regarding social media.

Discussion regarding verdict form.
Court states its practice regarding verdict forms.

Discussion regarding case facts (skiing /boarding elevation).

Discussion regarding admissibility of statements.
Court states its preliminary view regarding the admissibility of statements between defendant and claims representative/adjuster and between Mr. Docksey and the Segaloffs pre-litigation.

**11:35 a.m.     Court in recess.**

Hearing concluded.  Total time: 40 min.