IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02595-RPM

CHRISTINE DOCKSEY and
ROSS DOCKSEY,

      Plaintiffs,
v.

TAYLOR JANDA,

      Defendant.

___

ORDER FOR DISMISSAL
___

Pursuant to the Stipulation for Dismissal with Prejudice [38], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated:  March 20th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge